MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1304 L. Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Email: monica@lawbermudez.com

Attorney for the Defendant
Alexis Rodriguez-Mata

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:26-mj-00022 SAB-BAM |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND FINDINGS AND ORDER |
| v. | |
| ALEXIS RODRIGUEZ-MATA, | DATE:  May 21, 2026 |
| Defendants. | TIME:  10:00 A.M. JUDGE: TBD |

**STIPULATION**

COMES NOW, Defendant, ALEXIS RODRIGUEZ-MATA, by and through his attorney of record, Monica L. Bermudez and The United States of America, by and through its counsel of record hereby stipulate as follows:

1. By previous order, this matter is set for a status conference on Thursday, May 21, 2026, at 10:00 a.m..

2. By this stipulation, defendant now moves to continue the status hearing until **August 13, 2026, at 10:00 a.m.**

1

3. The parties agree and stipulate, and request that the court find the following:

    a. Mr. Rodriguez- Mata appeared before the Honorable Judge Boone on March 19, 2026, for the initial appearance.

    b. Counsel for Mr. Rodriguez-Mata will commence a transfer hearing in the matter of *In Re Alexis Guzman*; *JW140184* before the Honorable Keenan in the Kern County Superior Court, Juvenile Division.

    c. Alexis Guzman is charged with Penal Code section 187, first degree murder and is facing a life sentence if his matter is transferred to adult court.

    d. Multiple witnesses have been subpoenaed to testify by the prosecution and defense counsel.

    e. Furthermore, the AUSA has presented an offer on the matter and there as an anticipated resolution at the next hearing date.

**IT IS SO STIPULATED**.

DATED: May 18, 2026

                      */s/ Monica L. Bermudez*
                      MONICA L. BERMUDEZ
                      Counsel for Defendant
                      ALEXIS RODRIGUEZ-MATA

DATED: May 18, 2026

                      */s/Chan Hee Chu*
                      CHAN HEE CHU
                      Assistant United States Attorney

**O R D E R**

The Court has read and considered the parties' stipulation to further continue the status conference and exclude time.

Therefore, for good cause shown:

1.  The status conference is continued from May 21, 2026, until August 13, 2026 at 10:00 AM in Courtroom 9 before Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated:  **May 19, 2026**

STANLEY A. BOONE
United States Magistrate Judge

3