MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1304 L. Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Email: monica@lawbermudez.com

Attorney for the Defendant
ALEXIS RODRIGUEZ-MATA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALEXIS RODRIGUEZ-MATA,<br>Defendant. | CASE NO. 26-MJ-00022 SAB<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Hearing: September 10, 2026<br>TIME: 09:00 a.m.<br>Honorable Stanley A. Boone |

**STIPULATION**

Alexis Rodriguez-Mata, by and through his counsel, Monica L. Bermudez, and the United States of America, by and through its counsel of record, hereby stipulates as follows:

1. By previous order, this matter was set for a status conference on August 13, 2026, before the Honorable Magistrate Stanely A. Boone,
2. Counsel for Mr. Rodriguez Mata confirmed a multi-defendant preliminary hearing on August 13, 2026, which has an estimated 5-hour duration.
3. Counsel has spoken to AUSA Chu and have reached a disposition in this matter and have agreed to a change of plea and sentencing hearing on September 10, 2026.

**IT IS SO STIPULATED.**

DATED: August 12, 2026

*/s/ Monica L. Bermudez*
MONICA L. BERMUDEZ
Counsel for Defendant
Alexis Rodriguez-Mata

DATED: August 12, 2026

/s/ Chan Hee Chu
CHAN HEE CHU
Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED** that the status conference date on August 13, 2026, be vacated and a Change of Plea hearing be set for **September 10, 2026, at 09:00 a.m. The defendant is ordered to appear.**

IT IS SO ORDERED.

Dated: **August 12, 2026**

STANLEY A. BOONE
United States Magistrate Judge