**MONICA L. BERMUDEZ**
Attorney at Law, SBN 275434
1304 L St
Bakersfield, CA 93301
Tel: (661) 616-2141
monica@lawbermudez.com

Attorney for:
Alexis Rodriguez-Mata

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT of CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ALEXIS RODRIGUEZ-MATA,<br>Defendant. | Case No.: 1:26-MJ-00022<br>**MOTION AND ORDER TO EXTEND SURRENDER DATE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE STANLEY A. BOONE, AND ASSISTANT UNITED STATES ATTORNEY CHAN HEE CHU:

**COMES NOW** Defendant, Alexis Rodriguez-Mata, by and through is attorney of record, MONICA L. BERMUDEZ hereby requesting that the surrender date of the defendant Alexis Rodriguez-Mata, herein, be extended from November 6, 2026, by 10:00 a.m., to December 1, 2026, by 10:00 a.m. for the following reason:

Mr. Rodriguez-Mata was let go by his employer on October 12, 2026, at Lomeli Auto Repair and needs extra time to get his affairs in order before starting his sentence.

Based on the foregoing, it is requested good cause be found to extend the surrender date to the aforementioned date.

Respectfully Submitted,

DATED: October 26, 2026

/s/ Monica L. Bermudez
MONICA L. BERMUDEZ
Attorney for Defendant
Alexis Rodriguexz-Mata

**ORDER**

**IT IS SO ORDERED** that the defendant's surrender date is extended to December 1, 2026.

IT IS SO ORDERED.

Dated: **October 27, 2026**

STANLEY A. BOONE
United States Magistrate Judge